UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. DAVID BARRERA., CRIM. NO. 26-17070 (SAK)

**PETITION FOR**
**WRIT OF HABEAS CORPUS**

( X ) Ad Prosequendum ( ) Ad Testificandum

1. **DAVID BARRERA** (hereinafter the "Detainee"), **FBI No. NPT5KVPAD, DOB: 04/25/2003, Commitment No. 4414612,** is now confined at the Camden County Jail, Camden, New Jersey.

2. The Detainee is charged in this District by:

( ) Indictment ( ) Information ( X ) Complaint

with violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(A).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required before the **Honorable Sharon A. King** at the United States District Courthouse, Courtroom 3B, on **Monday, October 5, 2026 at 1:30 p.m.** for an **Initial Appearance**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 30, 2026

*s/ Dak T. Cohen*
DAK T. COHEN
Assistant U.S. Attorney
Petitioner

---

**ORDER**

Let the Writ Issue.

DATED: September 30, 2026

Sharon A. King

Hon. Sharon A. King, U.S.M.J.

---

**WRIT OF HABEAS CORPUS**

The United States of America to Warden of the Camden County Jail:

WE COMMAND YOU that you have the body of

**DAVID BARRERA (FBI No. NPT5KVPAD, DOB: 04/25/2003, Commitment No. 4414612),**

now confined at the Camden County Jail, Camden, New Jersey. The Detainee will be required before the **Honorable Sharon A. King** at the United States District Courthouse, Courtroom 3B, on **Monday, October 5, 2026 at 1:30 p.m.** for an **Initial Appearance**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

WITNESS the Hon. Sharon A. King
United States Magistrate Judge
Camden, New Jersey.

DATED: September 30, 2026

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: Marnie Maccariella
Deputy Clerk